Below is the Order of the Court.



_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>CHRISTIAN RAFAEL OCHOA ESTRADA and SARAH ELAINE OCHOA,<br><br>Debtors. | Chapter: 7<br><br>Case No. 18-42606-BDL |
| CHRISTIAN RAFAEL OCHOA ESTRADA and SARAH ELAINE OCHOA,<br><br>Plaintiffs,<br><br>v.<br><br>THE MANAGEMENT GROUP,<br><br>Defendant. | Adversary No. 18-4068<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL** |

This matter came before the Court on Plaintiffs Christian Rafael Ochoa Estrada and Sarah Elaine Ochoa's Motion for Voluntary Dismissal without Prejudice. The Court having reviewed the Plaintiffs' motion, and finding that good cause exists to dismiss the adversary; now therefore, it is hereby

**ORDERED** that this adversary proceeding is DISMISSED effective the date of entry of this order.

///End of Order///

ORDER OF DISMISSAL - 1